## MINUTES OF PROCEEDINGS NORTHERN DISTRICT OF OH

| | |
|---|---|
| Gurevitch,<br>     Plaintiff(s),<br>v.<br><br>KeyCorp, et al.,<br><br>     Defendant(s). | Date: November 28, 2023<br><br>Judge Donald C. Nugent<br>GEORGE STAIDUHAR<br>Court Reporter: None<br><br>Case No. 1:23 CV 1520 |

Hearing held on application for Appointment As Lead Counsel — arguments made first by counsel for Richard Thompson then arguments presented on behalf of Robert J. Titman

Court to Rule.

Length of Proceeding: 35 min

*Donald C. Nugent* 11/28/23
United States District Judge