**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| MENACHEM GUREVITCH, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> KEYCORP, CHRISTOPHER M. GORMAN, BETH E. MOONEY, CLARK H. I. KHAYAT, and DONALD R. KIMBLE, <br><br> Defendants. | Case No. 1:23-cv-01520-DCN <br><br> **[PROPOSED] ORDER GRANTING LEAD PLAINTIFF MOVANT RICHARD THOMPSON'S MOTION FOR RECONSIDERATION OF THE COURT'S OPINION AND ORDER DATED DECEMBER 26, 2023 (DKT. NOS. 32, 33)** |

Having considered Lead Plaintiff Movant Richard Thompson's Motion for Reconsideration of the Court's Opinion and Order Dated December 26, 2023 (Dkt. Nos. 32, 33) (the "Motion"), and good cause appearing, the Court ORDERS as follows:

1.  The Motion is GRANTED;

2.  The Memorandum of Opinion Regarding Appointment of Lead Plaintiff and Approval of Selection of Counsel (Dkt. No. 32, "Opinion") and Order (Dkt. No. 33) are hereby VACATED;

3.  The Court, having considered the provisions of the Private Securities Litigation Reform Act of 1995, 15 U.S.C. §78u-4(a)(3)(B), appoints Richard Thompson as Lead Plaintiff; and

4.  Pursuant to 15 U.S.C. § 78u-4(a)(3)(B)(v), the Court approves Richard Thompson's selection of Glancy Prongay & Murray LLP as Lead Counsel and Willis Spangler Starling as Liaison Counsel for the class.

**IT IS SO ORDERED.**

Dated: _____, 2024

_____
HON. DONALD C. NUGENT
UNITED STATES DISTRICT JUDGE

1