UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| MENACHEM GUREVITCH, *Individually and on Behalf of All Others Similarly Situated*, <br><br> Plaintiff, <br><br> vs. <br><br> KEYCORP, ET AL., <br><br> Defendants. | Case No. 1:23 CV 1520 <br><br> JUDGE DONALD C. NUGENT <br><br> ORDER OF DISMISSAL |

Plaintiff has filed a notice of voluntary dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), seeking to voluntarily dismiss this action without prejudice. (Doc. #44).

Plaintiff's Complaint is hereby dismissed without prejudice at the Plaintiff's request.

IT IS SO ORDERED.

_____
DONALD C. NUGENT
United States District Judge

DATE: March 12, 2024